Broadcast Music, Inc., and Edward B. Marks Music Corporation, Respondents, v. Gene Buck, as President of American Society of Composers, Authors and Publishers, an Unincorporated Membership Association Consisting of More Than Seven Members, and Others, Appellants, Impleaded with Others, Defendants.— Orders unanimously modified by compelling the plaintiffs to separately state and number the two causes of action set forth in the first cause of action, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Jacob Weiner, Appellant, v. Lola Weiner, Respondent.— Order, so far as appealed from, unanimously reversed and the motion with respect to paragraphs seventeenth, eighteenth, nineteenth, twentieth and twenty-third granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Jacob Weiner, Appellant, v. Lola Weiner, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of Supplementary Proceedings: John T. Irwin, Judgment Creditor, Respondent, v. Thomas J. Foley, as President of Local Union 125 of the International Union of Operating Engineers, an Unincorporated Voluntary Association of More than Seven Members, and Another, Judgment Debtors. Walter J. Murphy, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Thomas C. Wilwerth, Respondent, v. Myron M. Levitt, Defendant, Impleaded with San Juan Shipping Company, Inc., Appellant.— Order unanimously modified by denying plaintiff's motion to strike out items 4, 5, 6 and 7 from the defendant's demand for a bill of particulars in all respects except to strike out the word " detailed " from items 4 and 7, and, as so modified, affirmed, with twenty dollars costs and disbursements to the appellant. Bill of particulars to be served within ten days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Victoria W. Goldstein, Respondent, v. Edward Goldstein, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

A. Wartels Employees, Inc., Appellant, v. Aaron Wartels and Wartels & Rugoff, Inc., Respondents.— Orders, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of Gabriel Newgold, as Administrator, etc., of Rachel Newgold, Deceased, to Have Harry Newgold Adjudged Guilty of Contempt of Court for Violating an Order of the Court, in Failing to File an Account. Harry Newgold, as Executor, etc., of Morris Newgold, Former Administrator of Rachel Newgold, Deceased, Appellant; Gabriel Newgold, Respondent.— Decree and orders unanimously affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of Joseph Ferdinand Compelling His Reinstatement to the Position of Inspector of Regulating, Grading and Paving, Grade